## <u>AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION</u>

I, Angel Del Valle, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, hereinafter referred to as ATF being duly sworn, depose and state as follows:

## <u>INTRODUCTION</u>

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so since July 2019. I have Puerto Rico Police Bureau Academy training. I was part of the precinct of Bayamon West from 2015 to 2016 and was then transferred to the security Unit of the Governor's House from 2017 to 2019.

2. I am familiar with the information contained in this Affidavit, which is based upon the investigation and information received from other law enforcement officials. Because of my personal participation in this investigation, and because of information provided to me by other agents and officers, and my personal observations, I am familiar with the facts and circumstances of this investigation. Your affiant is an "investigative or law enforcement officer of the United States" within the meaning of Title 18, <u>United States Code</u>, Section 2510 (7). Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations and to make arrest of the offenses enumerated in Title 18, <u>United States Code</u>, Section 2516.  Your affiant is currently assigned to ATF San Juan conducting investigations of federal firearms violations and other federal violations.

3. Your affiant has assisted in conducting investigations into the unlawful possession of firearms. Through training, investigations and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by people prohibited by law, and the possession of illegal firearms.

4. During my employment with the ATF, I have participated in weapons and narcotics investigations. These investigations involved the unlawful importation, exportation, manufacture, possession with intent to distribute and distribute narcotics (including cocaine, heroin, and crack cocaine, among other

narcotics), the laundering of narcotics proceeds, and monetary instruments derived from narcotics activities, conspiracies associated with narcotic offenses. These investigations involved debriefing defendants, witnesses, informants, conducting surveillance, assisting in court ordered communications interceptions, and executing search warrants, including physical surveillance, execution of search and arrest warrants, and handling of confidential sources. Through my training, experience and interaction, I have become familiar with the methods employed by narcotic traffickers in general, and large narcotics trafficking organizations in particular, to smuggle, safeguard and distribute narcotics and to collect and launder narcotics related proceeds.

5. The information set forth herein is based on my personal knowledge, information obtained through interviews, information provided to me by other law enforcement officers and through various other forms of information.  This affidavit is offered for the limited purpose of establishing probable cause, therefore, I have not recited every fact known to me as a result of this investigation.

## FACTS IN SUPPORT OF PROBABLE CAUSE

6. On April 16, 2026, at approximately 5:30pm, Manatí Municipal Police Officers (MMPO) responded to a domestic violence call in which Jorge Luis RIVERA-VELEZ was identified as the aggressor. MMPO conducted their investigation and arrived at the residence of RIVERA-VELEZ to place him under arrest for the domestic violence case.

7. MMPO's stated that RIVERA-VELEZ was shirtless when he answered the door.  RIVERA-VELEZ granted officers access to his studio apartment for him to get a shirt to wear. According to the officers, when they picked up a t-shirt that was on top of the dresser, they observed a black crossbody bag on top of the bed. The bag was partially opened, and they observed the grip of a firearm that protruded from the bag.

8. MMPO officers asked RIVERA-VELEZ if he had a license to carry firearms, to what he responded in the negative. MMPO officers retrieved the following from the crossbody bag:

- one (1) Glock pistol, model 23, .40-caliber, serial number BHXH816 that was loaded with 13-rounds of .40-caliber ammunition and had an attached silver-colored machinegun conversion device;
- two (2) extended Glock pistol magazines, .40-caliber, 22-round capacity;
- one (1) additional Glock pistol magazine, .40-caliber, 12-round capacity;
- a total of fifty (50) rounds of .40-caliber ammunition (found inside the additional magazines described above);
- and a cellular phone.





9.  ATF Agents responded to the Manati Municipal Police station to assist with the investigation.  At the, MMPD office ATF TFO Angel Del Valle-Figueroa administered Miranda Warnings, via recitation of ATF Form 3200.4 Advice of Rights and Waiver (in Spanish). RIVERA-VELEZ understood his rights and did not agree to speak to ATF Agents without the presence of legal counsel.

10. Furthermore, ATF Agents examined the firearm previously described as Glock pistol, model 23, .40-caliber, serial number BHXH816, and observed that it had an automatic conversion device installed on the slide with a silver backplate, commonly known as a "CHIP". Based on my training, knowledge and experience with ATF, this device on the Glock was not installed by the manufacturer and was placed on the firearm with the sole purpose of illegally modifying it to fire fully automatic, meaning that it could expel more than one shot, without manual reloading, by a single function of the trigger. The chip can be readily observed by anyone who loads, unloads, charges, cleans, or disassembles the firearm because there is a high contrast between the chip and the slide of the firearm. A field functionality test conducted on the Glock pistol, serial BHXH816, revealed that this firearm might be capable of firing fully automatic.

**CONCLUSION**

11.    Based on the above facts, the undersigned affiant believes there is probable cause to charge **Jorge Luis RIVERA-VELEZ** with violations of Title 18, United States Code, § 922(o) (Illegal Possession of a Machine Gun).

Affiant hereby declares that the foregoing is true and correct to the best of Affiant's knowledge pursuant to the investigation conducted in this matter.

Sworn in accordance with FRCP 4.1 at _1:03 PM_ on the 17th day of April of 2026.


_____
Angel Del Valle-Figueroa
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF)


_____
Honorable Marshal D. Morgan
United States Magistrate Judge
District of Puerto Rico